# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: CONDEMNATION OF THE
TOWNSHIP OF ROBINSON OF CERTAIN
LANDS OWNED NOW OR FORMERLY
OF:  E&R PARTNERS, L.P.,  82 FOREST
GROVE ROAD CORAOPOLIS, PA 15108
JAMES ESPOSITO 5852 STEUBENVILLE
PIKE MCKEES ROCKS, PA 15136 (LOT &
BLOCK 266-G-51)  HUNTLEY AND
HUNTLEY 2660 MONROEVILLE BLVD.
MONROEVILLE, PA 15146  HERMAN
EDWARDS 5852 STEUBENVILLE PIKE
MCKEES ROCKS, PA 15136


PETITION OF: TOWNSHIP OF ROBINSON

:  No. 190 WAL 2023
:
:
:  Petition for Allowance of Appeal
:  from the Order of the
:  Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of March, 2024, the Petition for Allowance of Appeal is

**DENIED**.